Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REYES DRYWALL, INC. and DOES 1-10, inclusive;<br><br>Defendant. | Case No.: C13-1752 EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE BY SIXTY DAYS** |

The parties to this action hereby respectfully request and stipulate to extend the deadline to hold the mediation session by 60 days. Good cause exists for the continuance, as follows:

1. On July 15, 2013, the Court ordered the parties to participate in mediation within the presumptive deadline of ninety days. (Docket No. 15).

2. On August 12, 2013, ADR Clerk, Richard Wieking notified the parties that Katherine Ritchey was the assigned mediator for this case. (Docket No. 19).

3. On August 19, 2013, the parties participated in a pre-mediation conference with Ms. Ritchey and scheduled the mediation for October 14, 2013.

4. The parties are currently engaged in settlement discussions and are close to resolving this matter. To avoid the time and expense of preparing for and attending mediation, the parties agreed to cancel the October 14, 2013 mediation and continue informal settlement discussions.

5. If the matter does not resolve informally, the parties have agreed to reschedule a mediation session with Ms. Ritchey.

6. The parties therefore request that the Court extend the deadline to hold the mediation session by 60 days.

Dated: October 15, 2013

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _____/S/_____
Shivani Nanda
Attorneys for Plaintiffs

Dated: October 15, 2013

**LAW OFFICE OF
GEORGE R. GORE**

By: _____/S/_____
George R. Gore
Attorney for Defendant

**IT IS SO ORDERED.**

The deadline to hold the mediation session is extended by sixty days to ____12/15_____, 2013. The CMC originally set for 11/7/13 is reset for 1/16/14 at 10:30 a.m. An updated CMC statement shall be filed by 1/9/14.

Date: ___10/21/13_____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-
**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE
CASE NO.: C13-1752 EMC**
P:\CLIENTS\PATCL\Reyes Drywall Inc. (Patterson) 2 REYESD2\Pleadings\C13-1752 EMC Stipulation and Proposed Order to Extend Mediation Deadline 101513.doc

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: October 15, 2013

                SALTZMAN & JOHNSON
                LAW CORPORATION
By: _____/S/_____
     SHIVANI NANDA
     Attorneys for Plaintiffs