Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REYES DRYWALL, INC. and DOES 1-10, inclusive;<br><br>Defendant. | Case No.: C13-1752 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE BY SIXTY DAYS** |

The parties to this action hereby respectfully request and stipulate to extend the deadline to hold the mediation session by 60 days. Good cause exists for the continuance, as follows:

1. On July 15, 2013, the Court ordered the parties to participate in mediation within the presumptive deadline of ninety days. (Docket No. 15).

2. On August 12, 2013, ADR Clerk, Richard Wieking notified the parties that Katherine Ritchey was the assigned mediator for this case. (Docket No. 19).

3. On August 19, 2013, the parties participated in a pre-mediation conference with Ms. Ritchey and scheduled the mediation for October 14, 2013.

4. At the parties' request, the Court continued the previous deadline for the parties to complete mediation by sixty to days, to December 13, 2013, in order to allow time for additional informal settlement discussions.

5. Since then, the parties have been discussing settlement of this matter.  The parties

1 agree that Defendant is liable to the Plaintiff Trust Funds for delinquent fringe benefit
2 contributions, but disagree as to the amount owed. Within the next ten days, defense counsel, a
3 former CPA, has agreed to review Defendant's payroll records in an attempt to resolve the
4 accounting discrepancy. Thus, while an informal resolution has not yet been reached, the parties
5 are working towards settlement.

6.  If the matter does not resolve informally, the parties have agreed to reschedule a mediation session with Ms. Ritchey.

7.  The parties therefore request that the Court again extend the deadline to hold the mediation session by 60 days.

Dated: December 11, 2013        **SALTZMAN & JOHNSON**
                                **LAW CORPORATION**

                                By: _____/S/_____
                                    Shivani Nanda
                                    Attorneys for Plaintiffs


Dated: December 11, 2013        **LAW OFFICE OF**
                                **GEORGE R. GORE**

                                By: _____/S/_____
                                    George R. Gore
                                    Attorney for Defendant

**IT IS SO ORDERED.**

The deadline to hold the mediation session is extended by sixty days to __2/14__, 2~~013~~ 2014. The CMC is reset from 2/4/14 to 2/27/14 at 10:30 a.m. Joint statement due 2/20/14.

Date: __12/18/13__
                                THE HONORABLE EDWARD M. CHEN
                                UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

## ATTESTATION CERTIFICATE

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated:  December 11, 2013

                                          SALTZMAN & JOHNSON
                                          LAW CORPORATION

By: _____/S/_____
     SHIVANI NANDA
     Attorneys for Plaintiffs