Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REYES DRYWALL, INC. and DOES 1-10, inclusive; <br><br> Defendant. | Case No.: C13-1752 EMC <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:          February 27, 2014 <br> Time:         10:30 a.m. <br> Location:    450 Golden Gate Ave. <br>                    San Francisco <br> Courtroom: 7, 19th Floor <br> Judge:         Honorable Edward M. Chen |

1. The parties to the above-entitled action jointly request that the Case Management Conference, currently set for February 27, 2014, be continued for approximately 45 - 60 days. Good cause exists for the granting of the continuance, as follows:

2. Defendant has made a settlement offer, which has been considered and approved by Plaintiffs' Board of Trustees.

3. Plaintiffs have provided Defendant a proposed Stipulated Judgment, which is under review and consideration by Defendant and its counsel.

4. Accordingly, the parties respectfully request that the Case Management Conference, currently scheduled for February 27, 2014, be continued for approximately 45 - 60 to allow time to finalize and file the Stipulated Judgment with the Court, without the necessity of further litigation.

5.      There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: February 20, 2014           **SALTZMAN & JOHNSON**
                                   **LAW CORPORATION**

                                   By: _____/S/_____
                                        Shivani Nanda
                                        Attorneys for Plaintiffs

Dated: February 20, 2014           **LAW OFFICE OF**
                                   **GEORGE R. GORE**

                                   By: _____/S/_____
                                        George R. Gore
                                        Attorney for Defendant

ORDER

    BASED ON THE FOREGOING and GOOD CAUSE APPEARING, the Case Management Conference currently set for February 27, 2014, is continued to __April 24, 2014__ at __10:30 a__.m.

IT IS SO ORDERED.

Date: __2/25/14_____           _____
                                    THE HONORABLE EDWARD M. CHEN
                                    UNITED STATES DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen