Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REYES DRYWALL, INC. and DOES 1-10, inclusive;<br><br>　　　　Defendant. | Case No.: C13-1752 EMC<br><br>**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. § 362** |

TO THE COURT:

Please take notice that Defendant Reyes Drywall, Inc., a California Corporation, filed a Chapter 11 Bankruptcy Petition in the U.S. Bankruptcy Court, Eastern District of California (Modesto), petition number 14-90538, on April 14, 2014.  Plaintiffs were recently notified of the bankruptcy by Dennis Reyes, Defendant's President. Plaintiffs' action is therefore stayed under 11 U.S.C. § 362 from proceeding against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Plaintiffs will notify this Court in the event that the bankruptcy is dismissed, allowing the
2 | within action to again include this Defendant.

3 | Dated: May 1, 2014                SALTZMAN & JOHNSON
                                      LAW CORPORATION

                                      By:  _____/s/_____
                                           Shivani Nanda
                                           Attorneys for Plaintiffs

```
IT IS SO ORDERED that the further CMC is reset from 5/13/14 to
11/13/14 at 10:30 a.m.  An updated joint CMC Statement shall be
filed by 11/6/14.
_____
Edward M. Chen
U.S. District Judge
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-
**NOTICE OF AUTOMATIC STAY**
**Case No.: C13-1752 EMC**

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **May 1, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. § 362**

<u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

*Courtesy Copy:*
<u>**Attorney for Debtor**</u>
*USBC, Eastern Dist. Case # 14-90538*
David C. Johnston
1600 G Street, Suite 102
Modesto, CA 95354

*Courtesy Copy:*
<u>**Bankruptcy Trustee**</u>
*USBC, Eastern Dist. Case # 14-90538*
Jason M. Blumberg
501 I St #7-500
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 1, 2014**, at San Francisco, California.

/s/
Michelle Valentine
Paralegal

-1-
**PROOF OF SERVICE**
**Case No.: C13-1752 EMC**

P:\CLIENTS\PATCL\Reyes Drywall Inc. (Patterson) 2 REYESD2\Pleadings\C13-1752 EMC - Notice of Automatic Stay 050114.doc